IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Susan Emma Kelly, | NO. C 04-03676 JW |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | **RE: SETTLEMENT** |
| County of Santa Clara et al., | |
| Defendant(s). | |

On May 31, 2005, Plaintiff informed the Court that the above-entitled matter has reached a settlement. In light of the settlement, the Court vacates the case management conference scheduled for August 29, 2005. On or before September 30, 2005, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on October 17, 2005 at 9:00 a.m. and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before September 30, 2005, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated. Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated: August 22, 2005   /s/James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

James McManis jmcmanis@mfmlaw.com
Jessica Valenzuela Santamaria jvalenzuelasantamaria@mfmlaw.com
Stephen H. Schmid stephen.schmid@cco.co.santa-clara.ca.us

**Dated: August 22, 2005**                               **Richard W. Wieking, Clerk**

                                 **By:__/s/JW Chambers_____**
                                    **Ronald L. Davis**
                                    **Courtroom Deputy**

**United States District Court**
For the Northern District of California