**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7                              IN THE UNITED STATES DISTRICT COURT

8                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                                        SAN JOSE DIVISION

10

11    Susan Emma Kelly,                              NO. C 04-03676 JW

12                    Plaintiff,                     **ORDER GRANTING ADDITIONAL TIME;**
                                                     **ORDER TO SHOW CAUSE RE:**
13         v.                                        **SETTLEMENT**

14    County of Santa Clara, et al.,

                       Defendants.
15    _____/

16          On September 29, 2005, the parties filed a Joint Statement in Response to Order to Show

17    Cause Re: Settlement (Docket No. 66) informing the Court that the above-entitled matter has reached a

18    settlement, but that the parties require additional time to process the settlement paperwork.  This Court

19    grants the parties' request for additional time.  The hearing to show cause currently scheduled for

20    October 17, 2005 is vacated.  On or before December 16, 2005, the parties shall file a stipulated

21    dismissal pursuant to Federal Rule of Civil Procedure 41(a).

22          If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th

23    Floor, United States District Court, 280 South First Street, San Jose, Ca. on January 9, 2006, at 9:00

24    a.m. and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b).

25    On or before December 16, 2005, the parties shall file a joint statement in response to the Order to

26    Show Cause.  The joint statement shall set forth the status of the activities of the parties for finalizing

27    the settlement and how much additional time is requested to finalize and file the dismissal.  If a

28    voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically

1    vacated.

2         Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this

3    action.

4

5    Dated: October 5, 2005                                    /s/ James Ware

     04eciv3676oscext                                         JAMES WARE
6                                                             United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

James McManis jmcmanis@mfmlaw.com
Jessica Valenzuela Santamaria jvalenzuelasantamaria@mfmlaw.com
Stephen H. Schmid stephen.schmid@cco.co.santa-clara.ca.us

**Dated:  October 5, 2005**                                    **Richard W. Wieking, Clerk**


**By:___/s/ JW Chambers_____**
        **Ronald L. Davis**
        **Courtroom Deputy**

**United States District Court**
For the Northern District of California