JAMES McMANIS (40958)
MICHAEL REEDY (161002)
JESSICA VALENZUELA SANTAMARIA (220934)
ROSALIA CARVAJAL (228958)
McMANIS FAULKNER & MORGAN
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:   (408) 279-8700
Facsimile:    (408) 279-3244

Attorneys for Claimant,
SUSAN EMMA KELLY

*IT IS SO ORDERED*
/s/ James Ware
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SUSAN EMMA KELLY, an individual,<br><br>         Claimant,<br><br>v.<br><br>COUNTY OF SANTA CLARA, a municipal corporation, and KENNETH OWENS, an individual, and DOES 1-50,<br><br>         Defendants. | No. C04 03676 JW<br><br>**STIPULATION FOR DISMISSAL** |

Plaintiff, Susan Emma Kelly ("Plaintiff") and Defendants County of Santa Clara (hereinafter "County") and Kenneth Owens, by and through their respective counsel of record, hereby stipulate and agree to a binding Court order as follows:

KELLY v. COUNTY OF SANTA CLARA
No. C04 03676 JW
STIPULATION FOR DISMISSAL

1

1. Plaintiff hereby dismisses with prejudice her first amended complaint against the County, and Kenneth Owens.

2. Plaintiffs and Defendants agree to waive any claim for costs and/or attorneys' fees against one another.

**IT IS SO STIPULATED:**

Dated: 10/4/05

McMANIS FAULKNER & MORGAN

JAMES McMANIS
Attorneys for Plaintiff,
SUSAN EMMA KELLY

Dated: 10/14/05

OFFICE OF THE COUNTY COUNSEL

STEPHEN H. SCHMID
Deputy County Counsel

Attorneys for Defendants,
THE COUNTY OF SANTA CLARA,
KENNETH OWENS

*KELLY v. COUNTY OF SANTA CLARA*
No. C04 03676 JW
STIPULATION FOR DISMISSAL

2